FILED

AUG 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shawn Alls                          )
                                    )
                                    )
                    Plaintiff,      )   CASE NO. CV-08-3807 PJH
                                    )            (PR)
        vs.                         )   PRISONER'S
Ben Curry., et.. al.                )   APPLICATION TO PROCEED
                                    )   IN FORMA PAUPERIS
                                    )
                    Defendant.      )
_____)

I, Shawn Alls _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes  X    No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: .30¢ A hour; (120 hour limit)  Net: $36.00 A MONTH

Employer: CAliforniA Department of Correction and Rehabilation; Soledad, Correctional Training Facility (CTF)

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

NA

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?     Yes ___ No _X_

    c. Rent payments?     Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?     Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

NA

_____

3. Are you married?     Yes ___ No _X_

Spouse's Full Name: _____NA_____

Spouse's Place of Employment: _NA_

Spouse's Monthly Salary, Wages or Income:

Gross $ _NA_      Net $ _NA_

4.     a. List amount you contribute to your spouse's support:$ _NA_

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  __NA_____
6  _____
7  5.  Do you own or are you buying a home?  Yes ___ No _X_
8  Estimated Market Value: $___NA_____ Amount of Mortgage: $___NA___
9  6.  Do you own an automobile?  Yes ___ No _X_
10 Make __NA_____ Year __NA____ Model __NA____
11 Is it financed? Yes _____ No _X_ If so, Total due: $___NA____
12 Monthly Payment: $___NA____
13 7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __BANK of AMERICA; address (NA)__
15 _____
16 Present balance(s): $__Approximately $700.00__
17 Do you own any cash? Yes ___ No _X_ Amount: $___NA____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $___NA_____ Utilities: ___NA_____
23 Food: $__$36.00_____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment              Total Owed on This Acct.
26 __NA_____          $ __"__           $ __"__        "
27 __NA_____          $ __"__           $ __"__        "
28 __NA_____          $ __"__     "     $ __"__        "  9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____N/A_____
4 | _____
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?  Yes ___  No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____N/A_____
10 | _____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8-20-08_                    _Shawn Ali_
DATE                         SIGNATURE OF APPLICANT

```
              FILED
         08 AUG 26 PM 1:31
         RICHARD W. WIEKING
       CLERK, U.S. DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
```

Case Number: C08-3807 PJH

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __ALLS   E62453__ for the last six months at CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960   [prisoner name]
ATTN: TRUST OFFICE _____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __30.98__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __61.02__.

Dated: 8-22-08

_Brenda Nation, Acct Technician_

[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
Account Technician

- 5 -

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 08/22/08
                                                                           PAGE NO:         1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: MAR. 23, 2008 THRU AUG. 22, 2008

ACCOUNT NUMBER : E62453                            BED/CELL NUMBER: CFZWT200000208L
ACCOUNT NAME   : ALLS, SHAWN CHRISTOPHER           ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

            TRAN
DATE        CODE   DESCRIPTION       COMMENT         CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

03/23/2008         BEGINNING BALANCE                                                         4.95
04/04  D554  INMATE PAYROL   3156 P3                              36.00                     40.95
04/14  FR01  CANTEEN RETUR   703341                                             3.80-       44.75
04/14  FC01  DRAW-FAC 1      3348 ML                                           30.00        14.75
04/17  W425  DONATION-A A    3416 COM-D                                        12.00         2.75
04/24  D300  CASH DEPOSIT    3524 7155                            60.00                     62.75
05/02  D554  INMATE PAYROL   3616 P11                             36.00                     98.75
05/05  W516  LEGAL COPY CH   3641 LCOPY                                         0.60        98.15
05/19  FC01  DRAW-FAC 1      3814 ML                                           36.00        62.15
06/03  D554  INMATE PAYROL   4016 P21                             36.00                     98.15
06/10  FC01  DRAW-FAC 1      4121 ML                                           20.00        78.15
07/03  D554  INMATE PAYROL   0032 P13                             29.85                    108.00
07/14  FR01  CANTEEN RETUR   800160                                            20.00-      128.00
07/15  FC01  DRAW-FAC 1      0166 ML                                           20.00       108.00
08/05  D554  INMATE PAYROL   0437 P7                              36.00                    144.00
08/06  W516  LEGAL COPY CH   0456 LCOPY                                         1.90       142.10
08/07  W389  DONATION - YO   0493 PIZZA                                        93.50        48.60
08/18  FR01  CANTEEN RETUR   800611                                            20.00-       68.60
08/18  FC01  DRAW-FAC 1      0619 ML                                           56.00        12.60

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL        CURRENT        HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED

    4.95        233.85       226.20        12.60          0.00            0.30

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                   ----------
                                                      12.30
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 8-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
TRUST OFFICE
BY [signature]
Account Technician

Shawn Hils  c·62933
P.O. Box 689 (CTF)
Soledad CA· 93960
Z-208.

Legal Mail

Office of the Clerk (R.W. Wieking)
U.S. District Court, North Dist. of Cali.
450 Golden Gate Avenue
San Francisco, California 94102



